# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
## 100 LAFAYETTE STREET
## SUITE 502
## NEW YORK, N.Y. 10013
## (212) 684-1230

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

December 14, 2020

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/21/2020

Filed by ECF

*United States v. Maria Aguilar Hewitt*
20 Cr. 493 (VSB)

Dear Judge Broderick:

I represent the defendant Maria Aguilar Hewitt under the Criminal Justice Act. I write to request a minor change to her current bail conditions from "GPS monitoring" to "electronic monitoring." The technology for GPS monitoring requires a larger, heavier bracelet than for electronic monitoring. I have been in touch with Ms. Hewitt's pretrial services officer in Florida who says she has been in complete compliance with her bail conditions and he has no objection to switching her to the less cumbersome bracelet. I have also spoken with the Government and they have no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*