# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

January 29, 2021

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 2/1/2021

Filed by ECF

*United States v. Maria Aguilar Hewitt*
20 Cr. 493 (VSB)

Dear Judge Broderick:

    We represent the defendant Maria Aguilar Hewitt under the Criminal Justice Act. On January 12, 2021, Your Honor granted our request to modify Ms. Hewitt's bail conditions so that she could travel from the Middle District of Florida (where she lives) to the Northern District of Florida for her take her father to medical appointments in preparation for a gastric peroral endoscopic myotomy (G-POEM) procedure. (Dkt. No. 38.) Her father's procedure is now scheduled for Tuesday, February 16, 2021, but he needs to be in Gainesville the day before to meet with the anesthesiologist and to have a COVID test prior to the surgery. Ms. Hewitt has been told that her father will need to stay over in the hospital the night after the procedure, and although he could be released as early as the next day, he may need to stay in the hospital longer.

    Given that Gainesville is a two-and-a-half-hour drive from her home, and that Ms. Hewitt is needed to take her father to these appointments on consecutive days and then bring him home after he is released from the hospital, we are asking the Court to modify her bail conditions so that she can stay overnight in Gainesville, Florida between February 15 and February 19, 2021. We have spoken to her pretrial officer in the Middle District of Florida and to the Government, and neither has any objection to this request.

Respectfully submitted,

*Sarah M. Sacks*