# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

May 7, 2021

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 5/9/2021

Filed by ECF

*United States v. Maria Aguilar Hewitt*
20 Cr. 493 (VSB)

Dear Judge Broderick:

     We represent the defendant Maria Aguilar Hewitt under the Criminal Justice Act. We write to respectfully request a modification to Ms. Hewitt's current bail conditions as set forth in this letter. Currently, she is being monitored electronically while on home detention. We have spoken to her assigned pretrial services officer and he has informed us that Ms. Hewitt has been in complete compliance with all of her bail conditions. We now ask that she be placed on a curfew instead of home confinement, and that pretrial services be allowed to determine that curfew. Among other things, this will allow her to drive her 14-year-old son, for whom she is the sole guardian, to and from his activities, and give her flexibility to help care for her father who still struggles with his health after having had a lung transplant last year. The Government has no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*