# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

September 27, 2023

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.**  09/27/2023

Filed by ECF

<u>United States v. Maria Aguilar Hewitt</u>
20 Cr. 493 (VSB)

Dear Judge Broderick:

    We represent Maria Aguilar Hewitt pursuant to the Criminal Justice Act. We write to request a modification to her current bail conditions. She is currently out on bail without electronic monitoring or a curfew, but her travel is restricted to the Middle District of Florida where she lives and the Southern District of New York. We ask that she be allowed to travel to Houston, Texas between October 7th and October 14th where she has the prospect for a new job and where she is considering relocating. We also ask that she be allowed to travel to Stamford, Connecticut between December 6th and December 17th so that she can be with her brother and his family for the birth of his first child. (We also anticipate that, given the proximity of Stamford to Manhattan, she will be able to meet with counsel to prepare for trial during this time.)

    We have consulted with her pretrial officer in the Middle District of Florida and with the Government, neither of whom have any objection to this request. Pretrial services in the Southern District of New York takes no position as long as the travel is approved by the Court.

                                                           Respectfully submitted,

                                                           Sarah M. Sacks