# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

November 14, 2023

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/17/2023**

Filed by ECF

<u>United States v. Maria Aguilar Hewitt</u>
20 Cr. 493 (VSB)

Dear Judge Broderick:

      We represent Maria Aguilar Hewitt pursuant to the Criminal Justice Act. We write to request that she be permitted to relocate from where she currently lives in the Middle District of Florida to Houston, Texas where she has an employment opportunity and where the cost of living is less. She would like to move during the week of December 20th to December 27th while her son is on winter break from school so that he can finish out the semester at his current high school and start at a school in Houston in January.

      Her new address will be ███████████████████████████████. Ms. Hewitt is currently out on bail without location monitoring. We have been in touch with pretrial services in this District and they have informed us that they can have Ms. Hewitt's supervision transferred to the Southern District of Texas. The Government has no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*