# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

March 17, 2024

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 03/18/2024

Ms. Aguilar Hewitt must provide Pretrial Services with her travel itinerary.

Filed by ECF

<u>United States v. Maria Aguilar Hewitt</u>
20 Cr. 493 (VSB)

Dear Judge Broderick:

    We represent Maria Aguilar Hewitt pursuant to the Criminal Justice Act. She resides in the Southern District of Texas but plans to come to the New York City area on Friday March 29, 2024, to prepare for her PSR interview, which is scheduled for Monday April 1, 2024 in the morning. We write to ask permission for her to stay out of this District at her brother's home in Stamford, Connecticut from March 29th through April 1st. We have been in communication with the Government, and they have no objection to this request.

Respectfully submitted,

Sarah M. Sacks